# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| GEORGE TAPIA, | 2:12-cv -00105-RCJ-VCF |
| Plaintiff, | |
| vs. | **MINUTE ORDER** |
| CALIFORNIA RECONVEYANCE COMPANY, | |
| *et al.*, | |
| Defendants. | |

      Pending before the Court is Defendants' Proposed Amended Discovery Plan and Scheduling Order (dkt. 24).

      IT IS HEREBY ORDERED that an opposition to Defendants' Proposed Amended Discovery Plan and Scheduling Order (dkt. 24) shall be due on or before Friday, June 1, 2012.

      DATED this 24th day of May, 2012.

                                                                                   CAM FERENBACH
                                                                                  UNITED STATES MAGISTRATE JUDGE